UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MARVIS IVEY, R.N.,

     PLAINTIFF,

     Vs.

BOARD OF REGENTS OF THE
UNIVERSITY SYSTEM OF GEORGIA,

SONNY PERDUE, Individually and
officially as Chair, Board of Regents
of the University System of Georgia,

STATE OF GEORGIA,

BRIAN KEMP, Individually and
officially as Governor of State of
Georgia,

SHAQUAN GAITHER, Individually and
in her official capacity, Attorney Head of
Paralegal Program for Savannah Technical
College,

SAVANNAH TECHNICAL COLLEGE,

RYAN FOLEY, Individually and as
President, Savannah Technical College,

CITY OF SAVANNAH POLICE
GOVERNMENT HUMAN SEX
TRAFFICKERS, BRIBERY
INTERFERENCE,

JOHN DOE, Individually and as
officer, City of Savannah Police
Department,

VAN R. JOHNSON, Individually and
as Mayor, City of Savannah,

     DEFENDANTS.

CIVIL ACTION NUMBER:

**INJUNCTION RELIEF**

**EMERGENCY TRO**
ONGOING POLICE OFFENSES 4/1/2026

**TRIAL BY JURY**

**DAMAGES** $1.2 MILLION

**MITIGATION**

**REPLACEMENT EDUCATIONAL
PROVISION** CONSTITUTIONAL
GA. CONST. ART. 8, § 7, PARA. IV.,
O.C.G.A. § 20-3-31.1.



## EMERGENCY COMPLAINT

Plaintiff Marvis Ivey, a licensed registered nurse files this her emergency Complaint for relief from crimes, police violence, Internet interference and malice with intent to injure Plaintiff Marvis Ivey acts of City of Savannah Police, its mayor Van R. Johnson, and its paid agents Shaquan Gaither, Ryan Foley, Police Officer John Doe, Defendants. Plaintiff seeks immediate emergency relief in the interest of mitigation of damages where, "The duty to mitigate refers to a party's obligation to make reasonable efforts to limit the harm they suffer from another party's action." Retrieved from Website June 24, 2026: https://www.law.cornell.edu/wex/duty_to_mitigate. Plaintiff files this emergency civil action and shows as follows:

1.

Plaintiff's rights cannot be enforced at the level of the State due to "...deep seated regional racism," favoritism for police, law enforcement "colleagues," corruption allowed in Georgia's government to facilitate Defendant City of Savannah Police *government human sex trafficking*, which is race related, coordinated by white police officers including Defendant Officer John Doe. Although some acts were performed by African American Defendant Shaquan Gaither, the acts were criminal conspiracy acts performed in exchange for police bribery, Defendant City of Savannah Police *government human sex traffickers*.

2.

Plaintiff Marvis Ivey requested to begin Paralegal Studies courses during the Spring Semester, 2026 when she was accepted into Defendant Savannah Technical College. Plaintiff Ivey registered for a course with her advisor at Defendant Savannah Technical College. The course was removed from registration arbitrarily by Defendant Shaquan Gaither.

3.

Plaintiff Marvis Ivey was told via email May 18, 2026 that she was registered for summer courses. At that time a $1,000 student accounts balance prevented Plaintiff Ivey from entering her courses. Plaintiff notified all departments that she was attending under the constitutional provision for the elderly program which Plaintiff Ivey had been assured applied at Defendant Savannah Technical College. According to the Constitution of the State of Georgia, Article 8, Section 7, Paragraph 4, "The Board of Regents of the University System of Georgia shall be authorized to establish programs allowing attendance at units of the University System of Georgia without payment of tuition or other fees, but the General Assembly may provide by law for the establishment of any such program for the benefit of elderly citizens of the state."

4.

Defendant John Doe, police officer, Defendant City of Savannah, and Defendant Johnson exercise authority over the Internet and perform interference into Plaintiff Marvis Ivey's use of the Internet for research. The foregoing Defendants in cooperation with others including all Defendants to this civil action participate in, benefit from and support *government human sex trafficking*, which crimes and offenses include sexual assaults, thefts, financial thefts, Internet thefts, evidence thefts, use of heavy sedation crimes to facilitate forcible police sex offenses against Plaintiff Marvis Ivey without her consent and against Plaintiff Ivey's will and, others including her friends, relatives, Plaintiff Ivey's son, Marcus Ivey who is suffering false arrest under fraudulent prosecution, murder victims, related to seditious race based acts, attacks, racist organizations supported by Defendants done in conspiracy "by force to prevent, hinder, or delay the execution of any law of the United States..." 18 United States Code § 2384, Retrieved from Website: https://www.law.cornell.edu/wex/sedition. Plaintiff Marvis Ivey's Son, Marcus Ivey

[3]

should have been released based on Georgia's Deoxyribonucleic Acid (DNA) results. See Exhibit "A" results of DNA results of false suborned witness Chavronya Grimes attached hereto and made a part hereof. The Constitution of the State of Georgia is upheld by the Constitution of the United States. Plaintiff Marvis Ivey's rights under both Constitutions, United States and Georgia's have been violated by acts and attacks of Defendants done in conspiracy with the malice intent to injure Defendant Marvis Ivey.

5.

Plaintiff Marvis Ivey and her son, Marcus Ivey are entitled to relief on an emergency basis and to "protection" of the federal government. According to Goldwater Institute, the United States Constitution assigned "the federal government only limited constitutional powers intended to help protect liberty." *Federalism and State Constitutions,* Goldwater Institute, Retrieved from Website: https://www.goldwaterinstitute.org/policy-report/federalism-and-state-constitutions/. "The states [are] bound by the protections of the U.S. Constitution, such as the Bill of Rights and Fourteenth Amendment. Both Plaintiff Marvis Ivey and her son, Marcus Ivey are United States citizens born in the United States of America.

6.

Plaintiff Marvis Ivey will invite her son, Marcus Ivey to join in this civil rights action and in anticipation thereof adds Marcus Ivey as Plaintiff victim of seditious acts, attacks and seditious organizations of local police and as victims of *government human sex trafficking* ongoing seditious offenses.

[4]

of the state." Georgia Constitution, 1983, Article VIII, Section 7, Paragraph IV.

5. 7

Only the Board of Regents of the University System of Georgia is authorized to establish programs other than the Legislature which reinstituted the earlier form of the program, Official Code of Georgia Annotated (O.C.G.A.) Section 20-3-31.1(b) "The program for senior citizens provided for by subsection (a) of this Code section shall be a continuation, without interruption, of the program for elderly citizens heretofore established by the board of regents pursuant to the requirements of Article VIII, Section IV, Paragraph II of the Constitution of the State of Georgia of 1976...."

6. 8

Fees are addressed in the referenced subsection (a), O.C.G.A. Section 20-3-31.1, "...citizens of this state who are 62 years of age or older may attend units of the University System of Georgia without payment of fees, except for supplies and laboratory or shop fees, when space is available in a course scheduled for resident credit." Plaintiff was entitled to take the course during the Spring semester as well as to have her book fees presented separately in both Summer semester classes.

7. 9

The book fee was separate in the course not taught by defendant Gaither. Defendant Gaither included book fees first in a $1,000 extortion of arbitrary malice fees then, presented fees of $435 which included the book fee. Other students were allowed to opt out of defendants' unconstitutional arrangement. No provision was made for Plaintiff Marvis Ivey to obtain her text

(5)

book for the class except with full payment of "fees" which she was forced to pay in order to access her courses.

8.

Regardless of other affiliations, Defendant Savannah Technical College must adhere to the provisions of the Constitution of the State of Georgia, the Legislature and the designated Board of Regents of the University System of Georgia in its implementation of the senior citizen program because no other entity is authorized to regulate such program. Having been reminded of the same by plaintiff as she suffered damages to her attendance and to her access to the classes and her text books could not be accessed though one had been purchased separately due to no access to her classes.

9.

Defendant Shaquan Gaither is an attorney. Defendant Gaither's acts were intentionally injurious and deprived Plaintiff of any access to her classes after the semester started May 18, 2026. Plaintiff Marvis Ivey was denied any assistance and deprived of all support. In fact, Plaintiff Marvis Ivey was arbitrarily penalized with no explanation. Plaintiff Marvis Ivey did get some assignments in before the scheduled deadlines. The assignments were arbitrarily and capriciously denied credit for not being done until the date the assignment was due. Punitive damages in the individual capacity have been requested.

10.

Defendant Shaquan Gaither is an attorney and knew or should have known that any agreement with City of Savannah Police *government human sex traffickers* done in exchange for

bribery would be a crime. Defendant Shaquan Gaither performed conspiracy crimes with intent to injure Plaintiff Marvis Ivey when she performed acts which included refusal to comply with State of Georgia's Consitutional requirements, State of Georgia's statutory requirements and with refusal to honor the requirements of her own Syllabus in the area of assignment of credit. These acts were surely required and intentionally ommitted or to be ommitted and intentionally performed to the injury of Plaintiff Marvis Ivey, a licensed registered nurse capable of performing complex tasks and subjects.

## 10.

Criminal acts involving local police were also performed simultaneously against Plaintiff Marvis Ivey including sexual assault with intent to murder or extensively injure and which were reported to local police. There were strong indications that others, police forces were in attack against Plaintiff Marvis Ivey due to the pattern of assaults brought against Plaintiff Marvis Ivey. During the week of May 26-May 31, 2026 local police attacks were reported with assistance of agencies in place to combat domestic violence including Family Justice Centers in New York City two days Tuesday and Wednesday, May 26 and 27, 2026. Based on advice, New York Police Department's internal affairs reports against New York Police engaged in *government human sex trafficking* were done May 28, 2026. On May 31, 2026 Plaintiff was admitted overnight to emergency due to direct retaliatory police paid agents' attacks which included sexual assault performed May 30, 2026 in direct retaliation attack against Plaintiff Marvis Ivey's reports made against police. An injunction against these arbitrary attacks done in conspiracy and done in exchange for bribery rewards is needed. Phase II of this Complaint will be filed in the State of

New York. The City of Savannah was sued by Plaintiff Marvis Ivey on behalf of its police department's harassment with differential treatment by the court in service of process with storage of completed Summons.

16.

Evidence of white male City of Savannah police involvement in the attempted murder plot pertrated against Marvis Ivey the week she was forced to flee the police violence was found when Plaintiff Marvis Ivey finally made it into the Chatham Transit Authority's Center where white male City of Savannah police show of force was present in vehicle numbers 3484 and 8497. A transit employee signed her personal statement as to reason Plaintiff Marvis Ivey was late for arrival to emergency services which had been arranged in direct response to police violence theft attack. Picture of hand written contemporaneous record attached hereto as Exhibit "C." Exhibits "A" and "B" arecopies of Syllabi for Paralegal Studies Courses for Summer Semester.

17.

On March 31, 2026 Plaintiff Marvis Ivey, R.N. noticed that $1,000 was missing from her paycheck earnings through an online pay check system. Also missing was $300 from a non-profit business account. Plaintiff therefore, made emergency contact with Savannah Homeless services for emergency services. City of Savannah had access to all arrangements at the level of the Internet. Local Police is in control of the Internet. Plaintiff Marvis Ivey's emergency services arrangement was not honored as there was reportedly no information in the system. Copy of business card attached to presever evidence of White male City of Savannah government human

sex traffickers involvement in causing the intentional attempted murder of plaintiff Marvis Ivey when they interferred with emergency provisions and destroyed evidence of provisions made.

13

Evidence of City of Savannah police interference with Plaintiff Marvis Ivey's classes include the complete erasure of a text book purchased by Plaintiff Marvis Ivey, from Cengage publisher, Order Number 100 635 226 84 from her computer. The listed assignments were rearranged with current assignments unavailable.

14

Evidence of Defendant Shaquan Gaither's involvement with police abuses and attacks include unreasonable requirement of fees, tampering with fees to add text book and, interference with Plaintiff Marvis Ivey's course attendance. Defendant Gaither's, an attorney's behavior amounts to frank criminal fraud with the intent to deceive, and to wrongfully defraud of an educational opportunity.

15

Plaintiff Marvis Ivey, R.N. is entItled to relief.

THEREFORE, PLAINTIFF MARVIS IVEY, R.N. SEEKS:

A) INJUNCTION RELIEF:

1) AGAINST SAVANNAH TECHNICAL SCHOOL INSTRUCTORS TO PREVENT REPLACEMENT EDUCATIONAL OPPORTUNITY;

2) RESTRAINING CITY OF SAVANNAH POLICE POLICE VIOLENCE, THEFTS, INTERNET INTERFERENCES, GOVERNMENT HUMAN SEX OFFENSES,

IMPLANTS WHERE PLAINTIFF IS NOT A FELON ALL PHYSICAL CONTACT ATTACKS PERFORMED WITHOUT PLAINTIFF'S CONSENT AND AGAINST PLAINTIFF MARVIS IVEY'S WILL;

B) PLAINTIFF SEEKS $1.2 MILLION DOLLARS GENERAL AND PUNITIVE DAMAGES;

C) REPLACEMENT EDUCATIONAL OPPORTUNITY;

D) TRIAL BY JURY;

E) ANY AND SUCH OTHER RELIEF TO WHICH PLAINTIFF IS ENTITLED;

F) TRANSPORTATION COSTS TO COMMUTE DAMAGES DUE TO FLEEING FROM POLICE VIOLENCE;

THIS PETITION IS TRUE AND CORRECT AND IS SWORN TO UNDER PENALTY OF PERJURY THIS ___2u___ DAY OF ___June___, __2026__.

Marvis Ivey, R.N.
147-16 97th Street
Jamaica, New York 11435
(215) 881-5917
Email: Marvismcdanielivey@aol.com

8 10

Mrs. Marvis McDaniel Ivey, R.N.
147-16 97th Avenue
Jamaica, New York 11435
(215) 881-5917

June 6, 2026


Honorable Sonny Perdue, Chancellor
Board of Regents of the University System of Georgia
Mr. Christopher McGraw, Vice Chancellor Legal Affairs
270 Washington Street, S. W.
Atlanta, Georgia 30334

Dr. Ryan Foley, President
Mrs. Shaquan Gaither, Attorney-At-Law, Program Head
5717 White Bluff Road
Savannah, Georgia 31405

Mr. Wade Damron, Director
Risk Management Division
Department of Administrative Services
200 Piedmont Avenue S.E., Suite 1804 West Tower
Atlanta, Georgia 30334

Constitutional, based on Georgia's Constitution, 1983, Article 8, Section 7, Paragraph **IV. Paragraph IV. Waiver of tuition; emergency civil action; Police Restraint.**
ANTE LITEM NOTICE OF CLAIM, $1.2 MILLION

Dear Chancellor Perdue, Mr. McGraw, Dr. Foley, Mrs. Gaither and Mr. Damron:

This is notice of intentional injury of Marvis McDaniel Ivey by faculty and staff at Savannah Technical College where I am enrolled in the Para-Legal Studies program for my personal benefit and to deal more effectively with the legal problems which I suffer as the direct result of criminal with intent to injure crimes of police engaged in *government human sex trafficking* and their paid agents, to be identified. Mrs. Shaquan Gaither, Head of the Para-Legal Studies program at Savannah Technical College was told that the basis for senior citizen attendance was Constitutional, based on Georgia's Constitution, Article 8, Section 7, Paragraph **IV. Paragraph IV. Waiver of tuition.** Mrs. Gaither insisted upon payment of $434.32 of a total sum over One Thousand Dollars for the first two weeks of the courses. She vindictively on behalf of police *government human sex traffickers* and for the direct benefit, expansion, and injury to victims of their *government human sex trafficking* enterprise with the intent to cause injury to Marvis McDaniel Ivey, R. N. insisted that the fees which should have been waived be paid. Georgia's Constitution exempts only lab fees of which there were none. Due to the

egregious nature of the intentional injuries, deprivation of equal basis school attendance when Marvis McDaniel Ivey, R. N. needs her Para-Legal Associate Degree for her personal protection from police and from their paid agents. The Constitution of the State of Georgia did not authorize conflict, with deprivation of rights in such arbitrary administration of the Para-Legal program.

Damages of $1.2 Million Dollars, ($1,200,000) are reasonable.

Sincerely,

*Marvis Ivey*

Marvis McDaniel Ivey, R.N.

GA CONST Art. 8, § 7, ¶ IV
**Paragraph IV. Waiver of tuition**

The Board of Regents of the University System of Georgia shall be authorized to establish programs allowing attendance at units of the University System of Georgia without payment of tuition or other fees, but the General Assembly may provide by law for the establishment of any such program for the benefit of elderly citizens of the state.  Ga. Const. art. VIII, § 7, ¶ IV

**§ 20-3-31.1. Program for elderly citizens to attend units of university system without payment of fees; continuation of existing program**
(a) The board of regents is authorized and directed to establish a program whereby citizens of this state who are 62 years of age or older may attend units of the University System of Georgia without payment of fees, except for supplies and laboratory or shop fees, when space is available in a course scheduled for resident credit. Such program shall not include attendance at classes in dental, medical, veterinary, or law schools. Persons who attend units of the University System of Georgia under the program established pursuant to this Code section shall not be counted as students by the board of regents for budgetary purposes. The board of regents shall adopt and promulgate rules and regulations, not inconsistent with this Code section, to carry out the provisions of this Code section.
(b) The program for senior citizens provided for by subsection (a) of this Code section shall be a continuation, without interruption, of the program for elderly citizens heretofore established by the board of regents pursuant to the requirements of Article VIII, Section IV, Paragraph II of the Constitution of the State of Georgia of 1976. Such heretofore established program is ratified, confirmed, and continued without the necessity of the reestablishment of such program by the board of regents. Ga. Code Ann. § 20-3-31.1 (West)

§ 20-3-31(4) To exercise any power usually granted to such corporation, necessary to its usefulness, which is not in conflict with the Constitution and laws of this state.

GA CONST Art. 8, §  7, ¶ IWest's Code of Georgia Annotated

- West's Code of **Georgia** Annotated

- **Constitution** of the **State** of **Georgia**

- **Article VIII**. Education

- **Section** VII. Educational Assistance

...Formerly 1976 Const., Art. VIII, §    IV, ¶  III, Art. X, §    II, ¶¶  I, II, VI- VIII, X, XI, XIII-XV;  1945 Const., Art. VII, §   I, ¶   II, Art. VIII, §   XIII, ¶  I....

...Notwithstanding any provision of this Constitution to the contrary, the General Assembly shall be authorized to provide for the guarantee of such contracts with state revenues..







CSAH
Chatham Savannah
Authority for the Homeless

To lead the development of sustainable
community practices to reduce homelessness

Shatava Fennell

7220 Sallie Mood Drive • Savannah, Georgia 31406
P.O. Box 8936 • Savannah, Georgia 31412
Phone: 912-547-1097 • 912-813-4614 ext. 1097
shatava@homelessauthority.org
www.homelessauthority.org



## QuickConfirm License Verification Report

Primary Source Boards of Nursing Report Summary for

### MARVIS IVEY [NCSBN ID: 45213947]

As of Wednesday December 10 2025 11:22:07 AM US Central Time

**Disclaimer of Representations and Warranties**

*Through a written agreement, participating individual state boards of nursing designate Nursys as a primary source equivalent database. NCSBN posts the information in Nursys when, and as, submitted by the individual state boards of nursing. NCSBN may not make any changes to the submitted information and disclaims any responsibility to update or verify such information as it is received from the individual state boards of nursing. Nursys displays the dates on which a board of nursing updated its information in Nursys.*

*This report is not sufficient when applying to another board of nursing for licensure. Use the "Nurse License Verification for Endorsement" service to request the required verification of licensure.*

*Contact the board of nursing for details about the Nurse Practice Act, which includes nurse scope of practice and privileges and information about advanced nursing practice roles (practice privileges, prescription authority, dispensing privileges & independent practice privileges).*

**UNENCUMBERED** *means that the nurse has a full and unrestricted license to practice by the state board of nursing.*

| Name on License | Type | License State | License | Active | License Status | License Original Issue Date | License Expiration Date | Compact Status |
|---|---|---|---|---|---|---|---|---|
| IVEY, MARVIS | RN | GEORGIA | RN054334 | YES | UNENCUMBERED | 09/29/1978 | 01/31/2027 | MULTISTATE |

| Name on License | Type | License State | License | Active | License Status | License Original Issue Date | License Expiration Date | Compact Status |
|---|---|---|---|---|---|---|---|---|
| IVEY, MARVIS MCDANIEL | RN | NEW YORK | 543572 | YES | UNENCUMBERED | 08/21/2003 | 03/31/2026 | N/A |

| Name on License | Type | License State | License | Active | License Status | License Original Issue Date | License Expiration Date | Compact Status |
|---|---|---|---|---|---|---|---|---|
| IVEY, MARVIS MCDANIEL | RN | SOUTH CAROLINA | 204434 | NO | EXPIRED | 01/20/2009 | 04/30/2012 | NONE |

---

**Where can the nurse practice as an RN and/or PN?**

**Authorized to Practice in**

| | | |
|---|---|---|
| ALABAMA (RN) | LOUISIANA (RN) | OKLAHOMA (RN) |
| ARIZONA (RN) | MAINE (RN) | PENNSYLVANIA (RN) |
| ARKANSAS (RN) | MARYLAND (RN) | RHODE ISLAND (RN) |
| COLORADO (RN) | MISSISSIPPI (RN) | SOUTH CAROLINA (RN) |
| CONNECTICUT (RN) | MISSOURI (RN) | SOUTH DAKOTA (RN) |
| DELAWARE (RN) | MONTANA (RN) | TENNESSEE (RN) |
| FLORIDA (RN) | NEBRASKA (RN) | TEXAS (RN) |
| GEORGIA (RN) | NEW HAMPSHIRE (RN) | UTAH (RN) |
| GUAM (RN) | NEW JERSEY (RN) | VERMONT (RN) |
| IDAHO (RN) | NEW MEXICO (RN) | VIRGINIA (RN) |
| INDIANA (RN) | NEW YORK (RN) | WASHINGTON (RN) |
| IOWA (RN) | NORTH CAROLINA (RN) | WEST VIRGINIA (RN) |
| KANSAS (RN) | NORTH DAKOTA (RN) | WISCONSIN (RN) |
| KENTUCKY (RN) | OHIO (RN) | WYOMING (RN) |

APRN authorization to practice details are not available.

# STATE UNIVERSITY OF NEW YORK
## EMPIRE STATE COLLEGE

ON THE RECOMMENDATION OF THE FACULTY

AND BY VIRTUE OF THE AUTHORITY VESTED IN THEM

THE TRUSTEES OF THE UNIVERSITY HAVE CONFERRED ON

### MARVIS M. IVEY

THE DEGREE OF

## BACHELOR OF SCIENCE

AND HAVE GRANTED THIS DIPLOMA AS EVIDENCE THEREOF
GIVEN IN THE CITY OF SARATOGA SPRINGS IN THE STATE OF NEW YORK
IN THE UNITED STATES OF AMERICA
THIS MONTH OF FEBRUARY TWO THOUSAND AND TWELVE

Chairman of the Board of Trustees

Chairman of the College Council

Chancellor of the
State University of New York

President of the College

 **SAVANNAH**
**TECHNICAL COLLEGE**

**PARA 1100-Introduction to Law & Ethics**
**Summer Semester 2026 - 202616**
**Online**

---

## Course Information

Meeting Times: Online
Credit Hours: 3
Course Contact Hours:3
Course Reference Number (CRN): 60164
Prerequisites: Progrm Admission
Corequisites: None

---

## Department Head/Instructor Information

Name:  Mrs. Shaquan Gaither
Office:  Business & Technology Division, Room 1190
Office Phone: 912-443-5715
Email Address: sgaither@savannahtech.edu
Office Hours for Students: (Virtual) Tuesdays 1-2pm or By Appointment Only
Response Time (phone/e-mail):  I respond to emails within 48 hours

I am a graduate of the University of Baltimore Law School and School of Business. In 2001, I earned a law degree and Masters in Business Administration. After graduating from law school, I worked as a law clerk for a Circuit Court Judge in Baltimore, Maryland. Thereafter, I entered private practice and handled primarily civil cases, such as contracts, family matters, tort and real estate. I am an attorney licensed to practice in Georgia and Maryland. I have been teaching law courses for over 15 years.

---

## Course Description

Emphasizes the American legal system, the role of the lawyer and legal assistant within that system, and the ethical obligations imposed upon attorneys and legal assistants. Topics include: survey of American jurisprudence, code of professional responsibility and ethics overview, and introduction to areas of law and legal vocabulary.

---

## Student Syllabus Certification

Students will be required to login to Savannah Technical College's Learning Management System, Blackboard https://savannahtech.blackboard.com, and complete a short test to certify that they have read and understood the syllabus for the course and agree to be bound by the terms and conditions.

## Course Competencies

Upon successful completion of this class, each student should be able to accomplish each of the following course outcomes:

American Legal System Survey:
1. Describe the structure of the American legal system.
2. Identify and explain the four primary sources of law.
3. Describe the structure of federal and state court systems.
4. Describe the difference between civil and criminal law.
5. Describe the differences between substantive and procedural law.
6. Define jurisdiction and differentiate between the various types of jurisdiction.
7. Describe the litigation process along with alternative methods of dispute resolution.

Code of Professional Responsibility and Ethics Overview:

1. Review and discuss the ABA Code of Professional Responsibility and the Georgia Code of Profession Responsibility.

2. Recognize ethical issues in the practice of the law and apply the appropriate rules of professional responsibility.

3. Describe the role of the lawyer and the paralegal in the American legal system.

Legal Reasoning and Problem Solving:

1. Analyze statutes and cases.

2. Identify specialty areas of law.

Introduction to Areas of Law and Legal Vocabulary:

1. Define legal concepts and terminology commonly used in American law.

2. Describe the structure of the American legal system and assess how that system functions in regard to civil, criminal, and appellate legal processes.

3. Summarize and evaluate various areas of substantive law.

4. Demonstrate effective communication and critical thinking skills by utilizing appropriate legal analysis and vocabulary in the production of oral and written discussions pertaining to a variety of legal issues.

## Required Materials

Henry R. Cheeseman & Thomas F. Goldman, *The Paralegal Professional*, 6th ed. (Pearson, 2021), **(20 chapters) ISBN-13: 9780135724545**

Description of Inclusive Access

Your course materials for PARA 1100-Introduction to Law and Ethics are delivered to you digitally through the Pearson Inclusive Access Program. To access your digital course materials, please visit your Blackboard course for this class.

With Inclusive Access, you will gain access to your course materials on the first day of class by visiting the VitalSource link located in your Blackboard course. You will be prompted to confirm that you would like to access your course materials through this program. Once confirmed, your Savannah Technical College student account will be charged a one-time course fee of $53.32, which will provide you access to these materials through the Summer 2026 semester. This course fee is a specially negotiated price for Savannah Technical College students that is lower than the cost of the traditional bookstore retail or direct through Pearson's online store.

Please note that if you wish not to participate in this program, and would like to purchase your course materials elsewhere, you can choose the Opt Out option. You are responsible for payment of the fee if you fail to opt out by the deadline.

## Evaluation Process

| Assignment | % of Grade | Course Learning Outcomes | Program Learning Outcomes |
|---|---|---|---|
| Discussion Boards (10) | 15 | Code of Professional Responsibility and Ethics Overview – SLO 1 - 3 | Utilize appropriate legal terminology in written and oral communication<br><br>Apply legal concepts to factual situations<br><br>Compose a legal argument |
| Homework Assignments (39) | 35 | American Legal System Survey – SLO 1-6          Code of Professional Responsibility and Ethics Overview – SLO 1-3<br>Introduction to Areas of Law and Legal Vocabulary – SLO 1 Legal Reasoning and Problem Solving – SLO 1-2 | Utilize appropriate legal terminology in written and oral communication<br><br>Produce legal documents<br><br>Apply legal concepts to factual situations<br><br>Conduct legal research |

|  |  |  | Compose a legal argument |
|---|---|---|---|
| Midterm Exam | 25 | American Legal System Survey –SLO 2-4 and 6                    Code of Professional Responsibility and Ethics Overview – SLO 1-3 Introduction to Areas of Law and Legal Vocabulary – SLO 1 | Utilize appropriate legal terminology in written and oral communication |
| Final Exam (1) | 25 | American Legal System Survey –SLO 2, 4, and 6                    Introduction to Areas of Law and Legal Vocabulary – SLO 1 | Utilize appropriate legal terminology in written and oral communication |
| TOTAL | 100 |  |  |

Mid-term grades will be based on your course grade point average and will be posted to Banner.   This course does have a midterm exam.

**Work ethic grades will not be included in the calculation of any GPA (Paragraph VI. E., TCSG Procedure 6.5.2p)**

**\*\* Use of an AI Generator such as ChatGPT is explicitly prohibited unless otherwise noted by the instructor. The information derived from these tools is based on previously published materials. Therefore, using these tools without proper citation constitutes plagiarism. Additionally, be aware that the information derived from these tools can be inaccurate or incomplete. It's imperative that all work submitted should be your own. Any assignment that is found to have been plagiarized or to have used unauthorized AI tools may receive a zero and / or be reported for academic misconduct.**

All assignments must be typed.  Assignments are due in BLACKBOARD on the date provided by the instructor no later than 11:55 p.m. EST.  Assignments turned in after such time will be considered late and will receive a zero (0). NO EXCEPTIONS, unless the instructor has granted you prior approval to submit your work in after the original deadline.  Such decisions will be made at the sole discretion of the instructor on a case-by-case basis.  The granting of extensions are not guaranteed, so do not expect to receive one.  It is your responsibility to plan accordingly to meet the weekly deadlines.

Exams MUST be completed on the days set forth by the instructor.  There will be no make-up exams!  As such, there is no excuse to miss the exam.

If there is a technical problem with BLACKBOARD, or you have documented evidence from your doctor that YOU were sick, then a make-up exam may be permitted, but only after said evidence is provided to me.

Excuses that will not work:
1. My internet was down.
a. Response: You should have taken the exam at school, library, work, or friend's house.
2. I was sick.
a. Response: If no doctor's excuse, 0

3.      I have been too busy at work.
a.      Response: You could have taken it before or after work.
4.      I did not know we had an exam.
a.      Response: You should have logged onto Blackboard or read your syllabus.
5.      I was out of town.
a.      Response: You knew you had an exam because it was on your syllabus.

It is your job to make use of this methodology so that you may improve your reading, thinking and problem solving skills.

Progressive grading will be applied to your work. Each written assignment should show improvement over the previous one. Spelling and grammar are important and will be considered in grading. Typographical errors will be tolerated to a point. USE SPELL CHECK.

The grading and evaluation of written assignments will consider:
- Whether the purpose or objective of the assignment has been stated and achieved
- Evidence of creative thinking
- Accuracy of information
- The quality of your analysis of the problem and other issues
- Evidence of any particular insights
- How well you integrate information
- Overall quality

TO ENSURE A GOOD GRADE, A STUDENT MUST DO MORE THAN SIMPLY PROVIDE THE CORRECT ANSWER. AN ANSWER WHICH ENTITLES A STUDENT TO A GRADE OF "A" WILL PROVIDE EXPLANATIONS. TRY TO GIVE THE "WHY" IN ADDITION TO THE "WHAT."

Of the four mental skills you will use in life, the least important is knowledge. Understanding of knowledge is third. The application of knowledge is second and the most important is the application of understanding.

Work in a manner that demonstrates the highest expectations you have for yourself.

SCHEDULE: The weekly assignments schedule (Course Schedule) is found below in this Syllabus and is also posted in the "Lessons" folder in Blackboard.

See Appendix One for complete class schedule including assignments and assignment due dates.

## Grading Scale

The Technical College System of Georgia (TCSG) grading scale is as follows:

| Grade | Quality | Grade Points |
|---|---|---|
| A (90%-100%) | Excellent | 4.0 |
| B (80%-89%) | Above Average | 3.0 |
| C (70%-79%) | Average | 2.0 |
| D (60%-69%) | Below Average | 1.0 |
| F (59% and below) | Failing | 0.0 |
| I | Incomplete | Not Computed |

| Grade | Quality | Grade Points |
|---|---|---|
| IP | In Progress | Not Computed |
| W | Withdrawn | Not Computed |
| Z | COVID-19 Withdrawal | Not Computed |
| EXE, EXP | Credit by Exemption | Not Computed |
| TRA, TRB, TRC, TRM | Credit by Transfer | Not Computed |
| AU | Audited | Not Computed |

## Graduation Credit

Students must earn a grade of C or better in this course in order to have it count as credit toward successful program completion and graduation. Classes in which a student earns a grade of D or F will remain on the student's transcript and will be included in the student's GPA until such time as the student repeats the course and receives a passing grade of C or better.

## Student Identification

**All Savannah Technical College students are <u>required</u> to display their official Savannah Technical College ID while on any Savannah Technical College campus or site. Students will not be admitted to classes if their Savannah Technical College ID is not easily visible to the instructor.**

## Savannah Technical College Attendance Procedure

### Attendance Procedure

Students are expected to be punctual and attend all classes for which they are registered. Attendance requirements vary by academic program and students should consult with their instructor to determine the specific attendance requirements for the class. Class participation includes completing activities, such as, submitting assignments, taking an exam/quiz, participating in interactive tutorial or computer-assisted instruction. Students who are registered for online or hybrid classes are expected to participate in those classes by completing assignments (including syllabus exam), contributing to online discussions, and initiating contact with a faculty member. Logging into the online or hybrid class does not establish student enrollment and participation in the class. Student attendance will be monitored by the instructor for the first six (6) calendar days of each academic term.

### No Show Status

Students who do not establish their presence in class will be reported as a "No Show" for that class and, if applicable, tuition will be adjusted and financial aid will be reduced accordingly.

### Student Withdrawal

Official Withdrawal

It is the student's responsibility to officially withdraw from classes. Instructors will not initiate the withdrawal process without a student's documented request.

Students may withdraw from a single class or all classes up until July 20, 2026. Students will receive a final grade of W for course(s) from which they withdraw. While a grade of W does not negatively impact the GPA, they do negatively impact the requirement to successfully complete 67% of all coursework attempted. Students

are **strongly** encouraged to consult with the Financial Aid Office prior to withdrawing from any classes. Students will not be permitted to withdraw after July 20, 2026.

Unofficial Withdrawal
Students who stop attending classes but do not complete the official withdrawal process will receive 0 points for each test, quiz, exam or assignment that is missed during the class. This will most likely result in a failing grade for those class(es).

**To accurately capture the last date of attendance, weekly graded assignments will be present in EVERY class.** The withdrawal date for a student is the last date of submission in the LMS (Blackboard) of a graded academic activity.

## Drop/Add and Reimbursement Policy

1. Students will be allowed to drop/add courses within the first six (6) instructional days of an academic term with no penalty.
2. Students will receive 100% refund of associated tuition and fees which have been paid if they withdraw from all registered courses within the first six instructional days of an academic term. After the sixth instructional day, there will be no refund given.

## Make-up Work Due to Absences

Course assignments and lab hours missed because of student absence must be made up within the timeframe designated by the instructor.

## Mission Statement
Savannah Technical College, a unit of the Technical College System of Georgia, is a public, two-year college that provides world class education, skills training and lifelong learning opportunities through the delivery of associate degrees, diplomas, technical certificates of credit and non-credit economic development programs and adult education. The College is committed to meeting the dynamic education, academic, and workforce development needs of individuals, employers and communities throughout the Coastal Empire with market-driven, environmentally-conscious education offered in the classroom, laboratory, community, and online.

## Work Ethic

The Technical College System of Georgia instructs and evaluates students on their work ethic in all programs of study. Ten work ethic traits, sometimes referred to as Soft Skills, have been identified and defined as essential for student success: appearance, attendance, attitude, character, communication, cooperation, organizational skills, productivity, respect, and teamwork. Savannah Technical College measures these ten traits through student learning outcomes embedded into each course. Studies show that 50 percent of local employers say new employees do not have the critical thinking and soft skills they need to be successful in the workplace. Savannah Technical College has therefore developed a system to promote, teach, and evaluate work ethics in each occupational program. All students will complete a critical thinking assignment in every course, designed to enhance and assess their soft skills. Final work ethics grades based on those assignments are reported each semester and are recorded as a separate grade on the student's permanent record. Work ethic grades will be placed to the immediate right of the academic letter grades.

Work Ethic Scale:
- 3 — Mastery
- 2 — Partial Mastery
- 1 — No Mastery
- 0 — Did not complete assignment

**Work ethic grades will not be included in the calculation of any GPA (Paragraph VI. E., TCSG Procedure 6.5.2p)**

**See Appendix Two for Work Ethic Evaluation Form**

## Acts of Dishonesty

Any student found to have committed one or more of the following acts of dishonesty is subject to the disciplinary sanctions outlined in the appropriate section of the Student Code of Conduct as defined in the Savannah Technical College Catalog:

- Cheating, plagiarism, collusion, or other forms of academic dishonesty.
- Furnishing false information to any College official, faculty member or office.
- Forgery, alteration, or misuse of any College document, record, or instrument of identification.
- Tampering with the election of any College recognized student organization.

Acts of academic dishonesty will include, but may not be limited to, the following: Cheating; Plagiarism; and Collusion.

**Cheating** on an examination is defined to include the following:
- Copying from another student's exam paper.
- Using material during an exam that is not authorized by the person giving the exam.
- Collaborating without instructor permission with any person during an examination.
- Knowingly obtaining, using, buying, selling, transporting, or soliciting in whole or in part the contents of an examination.
- Bribing any other person to obtain examinations or information about examinations.
- Substituting for another student or permitting any person to substitute for oneself during the administration of an examination.

**Plagiarism** is defined as the appropriation of any other person's work offered for credit.

**Collusion** is defined as unauthorized collaboration with any other person in preparing work submitted for credit.

**Consequences**
- Students who are found guilty of any act of dishonesty will receive a score of 0 on the exam or assignment that is involved in the act.
- Further acts of dishonesty will result in a failing grade for the course and may be referred as official complaints through the Student Code of Conduct, potentially leading to dismissal from the College.

## Disability Services

Students who need to receive accommodations for a disability should request services at the beginning of each semester or summer term. Services can be requested through the Disability Services Office at our White Bluff Rd. campus or by completing the Special Population Disclosure form at this link https://www.savannahtech.edu/new-student-special-population-disclosure-form/.

| Type of Issue | Contact |
|---|---|
| Section 504/ADA (Disability) | Ailerua Crawford<br>Savannah Technical College<br>Savannah Campus<br>5717 White Bluff Road<br>Savannah, GA 31405-5519<br>912-443-5717<br>specpops@savannahtech.edu |

## Non-Discrimination Statement

As set forth in its student catalog, Savannah Technical College complies with the Technical College System of Georgia (TCSG). The TCSG State Board prohibits discrimination on the basis of an individual's age, color, disability, genetic information, national origin, race, religion, sex, or veteran status ("protected status"). No individual shall be excluded from participation in, denied the benefits of, or otherwise subjected to unlawful discrimination, harassment, or retaliation under, any TCSG program or activity because of the individual's protected status; nor shall any individual be given preferential treatment because of the individual's protected status, except the preferential treatment may be given on the basis of veteran status when appropriate under federal or state law.

The following person(s) has been designated to handle inquiries regarding the non-discrimination policies:

| Type of Issue | Contact |
|---|---|
| Title VI (Discrimination) Title IX (Equity) | Regina Thomas-Williams<br>Savannah Technical College<br>Savannah Campus<br>5717 White Bluff Road<br>Savannah, GA 31405-5521<br>912.443.5708<br>rthomas@savannahtech.edu |

For more information, please see the Savannah Technical College Unlawful Harassment and Discrimination Procedure, https://www.savannahtech.edu/about-stc/grievance-procedures/unlawful-harassment-discrimination/

## Warranty Statement

If a Savannah Technical College graduate, educated under a standard program, or his/her employer finds that the graduate is deficient in one or more competencies as defined in the standard, STC will re-train the employee at no cost to the graduate or the employer. This guarantee is in effect for a period of two years after graduation. The employer or graduate should contact the Vice President for Academic Affairs at Savannah Technical College to obtain more information or to file a warranty claim.

## Class Conduct

All students are expected to exhibit appropriate college and workplace behavior. In particular, students are expected to treat the instructor and every other student in the class with respect and courtesy at all times. In addition, students should not exhibit any behavior that would detract from the collegiate learning experience. Failure to exhibit appropriate behavior will result in adverse ratings on the Work Ethics Assessment and may result in removal from the class until such time that appropriate conduct can be assured. Please see the Student Code of Conduct for more information regarding student conduct.

Savannah Technical College strictly prohibits any student from bringing his/her children to class or leaving children unattended anywhere on campus including personal student vehicles.

## Respiratory Illnesses and Public Health-Informed Campus Policies

Savannah Technical College prioritizes the health and safety of our campus communities. The College intends to perform its educational mission while protecting the health and safety of its students, faculty and staff, and minimizing the potential spread of respiratory viruses including, but not limited to, COVID-19, respiratory syncytial virus (RSV), and flu, in the community.

Risks of Respiratory Illnesses

Common respiratory viruses such as COVID-19, RSV, and flu, cause significant amounts of disease, hospitalizations, and deaths each year. Savannah Technical College cannot and does not guarantee an environment free from respiratory viruses.

Warning

Under Georgia law, there is no liability for an injury or death of an individual entering these premises if such injury or death results from the inherent risks of contracting COVID-19. You are assuming this risk by entering these premises.

Guidance

In order to minimize the risks associated with respiratory viruses, the policies and guidelines below are incorporated into the Savannah Technical College Student Code of Conduct and are applicable to all students.

Symptoms and Reporting:
Individuals exhibiting symptoms of respiratory illnesses with fever should stay home and report their symptoms to their instructor or supervisor as soon as possible.

Return to Campus:
You can go back to normal activities when, for at least 24 hours:
- You have not had a fever (and are not using fever-reducing medications), and
- Your symptoms are getting better overall.

Precautions After Return:
Upon returning, individuals should take additional precautions for the next five days, including frequent hand washing, wearing a mask, and social distancing.

You are subject to all respiratory illness guidelines for individuals established by the United States Centers for Disease Control and Prevention (CDC) and the Georgia Department of Public Health (DPH).

CDC Guidance for Respiratory Illnesses: https://www.cdc.gov/respiratory-viruses/prevention/precautions-when-sick.html

Certain programs may require have additional requirements.

Requirements:

Students will comply with federal, state, and campus directives to reduce the spread of respiratory illnesses.

The above conditions may change, and students agree to follow all college directives relating to respiratory illnesses and public health requirements. Any failure to adhere to any of the above directives is a violation of the Code of Conduct that may result in sanctions, including but not limited to suspension or dismissal from the College.

## Weapons on Campus

The possession, carrying, or transportation of a firearm, weapon, or explosive compound/material on STC property is governed by Georgia state law. All individuals are expected to comply with the related laws. Failure to follow laws pertaining to weapons is considered a violation of the Student Code of Conduct. Relevant Georgia laws to be aware of and compliant with include but may not be limited to: O.C.G.A.§ 16-8-12(a)(6)(A)(iii), O.C.G.A.§ 16-7-80, O.C.G.A.§ 16-7-81, O.C.G.A.§ 16-7-85, O.C.G.A.§ 16-11-121, O.C.G.A.§ 16-11-125.1, O.C.G.A.§ 16-11-126, O.C.G.A.§ 16-11-127, O.C.G.A.§ 16-11-127.1, O.C.G.A.§ 16-11-129, O.C.G.A.§ 16-11-130, O.C.G.A.§ 16-11-133, O.C.G.A.§ 16-11-135m O.C.G.A.§ 16-11-137, O.C.G.A.§ 43-38-10.

## Additional Information

All students are advised to read and become familiar with the following topics found on the Savannah Technical College Website, www.savannahtech.edu.

- Academic Misconduct
- Campus Procedures
- Disciplinary Procedures for Academic Misconduct
- Disciplinary Procedures Nonacademic Misconduct
- Savannah Technical College Library Information
- Grievances

## Appendix One

## Course Schedule

**Learning Unit 1 Accessible on:  May 18-24 at 11:59PM (\*May 22nd at 6PM is the No Harm, No Foul & No Show deadlines) https://www.savannahtech.edu/student-affairs/official-course-withdrawal-form/**

Reading Assignment: Chapter 1 – The Paralegal Profession
Appendix E – Effective Learning: How to Study

Lecture Topics:        (1) Review of the syllabus and overview of the course
(2) The role and function of the paralegal
(3) The paralegal profession as a career choice
(4) Professional paralegal organizations
(5) Career planning and skills development

Assignments:        \*See Learning Unit in BLACKBOARD for details on weekly assignments as these are subject to change from time to time.

**Learning Unit 2 Accessible on:  May 18-24 at 11:59PM**

Reading Assignment: Chapter 2 – Ethics and Professional Responsibility
Appendix B – NFPA's Rules of Professional Conduct
Appendix C-Model Standards and Guidelines for Utilization of Legal Assistants-Paralegals

Lecture Topics:        (1) Unauthorized practice of law
(2) Regulation of paralegal profession
(3) Model Rules of Professional Conduct
(4) Paralegal association codes of ethics
(5) Five specific areas of ethical issues

Assignments:        \*See Learning Unit in BLACKBOARD for details on weekly assignments as these are subject to change from time to time.

**Learning Unit 3 Accessible on:  May 25-31 at 11:59PM**

Reading Assignment:  Chapter 3 – The Paralegal Workplace

Lecture Topics:        (1) Paralegal employment environments
(2) Types of legal practices and specialties
(3) Paralegal job responsibilities
(4) Administrative functions of the paralegal
(5) Resume writing and interviewing skills

Assignments:          *See Learning Unit in BLACKBOARD for details on weekly assignments as these are subject to change from time to time.

**Learning Unit 4 Accessible on: June 1-7 at 11:59PM (*Registration begins for Spring/Summer semesters)**

Reading Assignment:  Chapter 4 – Technology and the Paralegal

Lecture Topics:          (1) Computer hardware
(2) Computer software and legal applications
(3) On-line resources
(4) The electronic office and courthouse
(5) Security

Assignments:          *See Learning Unit in BLACKBOARD for details on weekly assignments as these are subject to change from time to time.

**Learning Unit 5 Accessible on: June 1-7 at 11:59PM**

Reading Assignment:  Chapter 5 – American Legal Heritage and Constitutional Law
Chapter 6 – The Court System and Alternative Dispute Resolution
Appendix D – The Constitution of the United States

Lecture Topics:          (1) History and sources of American law
(2) U.S. Constitution
(3) Federal and state court systems
(4) Standing and jurisdiction
(5) Alternative dispute resolution

Assignments:          *See Learning Unit in BLACKBOARD for details on weekly assignments as these are subject to change from time to time.

**Learning Unit 6 Accessible on: June 8-14 at 11:59PM**

Reading Assignment:  Chapter 7 – Civil Litigation
Chapter 8 – Criminal Law and Procedure

Lecture Topics:          (1) Civil litigation purpose and process
(2) Pleadings, discovery and trial
(3) Appellate process
(4) Criminal procedure
(5) Criminal trial process
(6) Constitutional safeguards

Assignments:          *See Learning Unit in BLACKBOARD for details on weekly assignments as these are subject to change from time to time.

**Learning Unit 7 Accessible on:  June 15-21 at 11:59PM**

Reading Assignment: Chapter 9-Administrative Law
Chapter 10 – Interviewing and Investigation Skills

Lecture Topics:        (1) Functions and powers of administrative agencies
(2) Initial and subsequent client interviews
(3) Implied attorney-client relationship
(4) Locating and interviewing expert and lay witnesses
(5) Investigation of claims
(6) Obtaining and preserving evidence

Assignments:           *See Learning Unit in BLACKBOARD for details on weekly assignments as these are subject to change from time to time.

MID-TERM EXAMINATION, Chapters 1–10 and Appendices
**June 22-28 at 11:59PM**

**Learning Unit 8 Accessible on:  June 22-28 at 11:59PM**
Reading Assignment: Chapter 12 –Legal Research
Chapter 11 – Legal Writing and Critical Legal Thinking
Appendix A – How to Brief a Case

Lecture Topics:        (1) Traditional and computer-assisted legal resources
(2) Distinguishing between primary, secondary, mandatory and persuasive sources
(3) Updating legal research
(4) Critical legal thinking and writing
(5) Duty of Candor
(6) Court briefs and memoranda of law
(7) Citation checking

Assignments:           *See Learning Unit in BLACKBOARD for details on weekly assignments as these are subject to change from time to time.

**Learning Unit 9 Accessible on:  July 6-12 at 11:59PM**

Reading Assignment:  Chapter 13 - Torts and Product Liability

Lecture Topics:        (1) Intentional torts
(2) Elements of negligence
(3) Special negligence doctrines
(4) Defenses to negligence
(5) Strict and Product Liability

Assignments:           *See Learning Unit in BLACKBOARD for details on weekly assignments as these are subject to change from time to time.

**Learning Unit 10 Accessible on: July 6-12 at 11:59PM**

Reading Assignment:  Chapters 14- Contracts and E-Commerce

Lecture Topics:          (1) Requirements of a contract and Statute of Frauds
                         (2) Performance and breach of contract
                         (3) Contractual remedies
                         (4) UCC
                         (5)  E-commerce

Assignments:          *See Learning Unit in BLACKBOARD for details on weekly assignments as these are
subject to change from time to time.

**Learning Unit 11 Accessible on:  July 6-12 at 11:59PM**

Reading Assignment:  Chapter 15 – Property Law

Lecture Topics:          (1) Personal property and bailments
                         (2) Real property and transfer of ownership
                         (3) Landlord tenant relationship
                         (4) Land use control

Assignments:          *See Learning Unit in BLACKBOARD for details on weekly assignments as these are
subject to change from time to time.

**Learning Unit 12 Accessible on:  July 13-19 at 11:59PM**

Reading Assignment:  Chapter 16 – Estates and Elder Law

Lecture Topics:          (1) Formation and types of wills
                         (2) Probate
                         (3) Intestacy
                         (4) Living Will
                         (5) Formation and types of trusts

Assignments:          *See Learning Unit in BLACKBOARD for details on weekly assignments as these are
subject to change from time to time.

**Learning Unit 13 Accessible on:  July 13-19  at 11:59PM**

Reading Assignment:  Chapter 17 – Family Law

Lecture Topics:          (1) Engagement and Premarital issues
                         (2) Requirements for formation of valid marriage
                         (3) Parental relationship and obligations
                         (4) Dissolution of marriage
                         (5) Division of property and alimony
                         (6) Child custody and support

Assignments:            *See Learning Unit in BLACKBOARD for details on weekly assignments as these are subject to change from time to time.

**Learning Unit 14 Accessible on: July 13-19 at 11:59PM**

Reading Assignment:  Chapter 19 – Business Organizations and Bankruptcy Law

Lecture Topics:          (1) Types of business organizations
                                  (2) Formation of business organizations
                                  (3) Benefits and obligations of business organizations
                                  (4) Benefits and types of bankruptcy

 Assignments:            *See Learning Unit in BLACKBOARD for details on weekly assignments as these are subject to change from time to time.

**FINAL EXAMINATION via BLACKBOARD** (Chapter 11-19)
**July 20-26 at 11:59PM**

**Appendix Two**

<u>Work Ethics Assignment Evaluation Form</u>

Instructor: Shaquan Gaither                    Course:  PARA 1100-Introduction to Law & Ethics

Term: 202616                              CRN: 60164

This Work Ethics assignment includes the following soft skills:

☐ Attitude                              ☒ Interpersonal/ Social Skills

☒ Communication                        ☒ Professionalism

☒ Critical Thinking                     ☐ Planning and Organization

☐ Teamwork                             ☐ Media Rules

Activity Description:  Assessment regarding an ethical issue.

| Technical Education Rubric | No Mastery (3) | Partial Mastery (6) | Mastery (9) | Score |
|---|---|---|---|---|
| Students will describe employability habits and behavior in an industry context | In written or verbal forms, the student is not able to articulate more than 49% of the habits and behaviors needed to be a competent employee in their chosen industry. | In written or verbal forms, the student will be able to articulate with 50-89% accuracy the habits and behaviors needed to be a competent employee in their chosen industry. | In written or verbal forms, the student will be able to articulate with 90% accuracy the habits and behaviors needed to be a competent employee in their chosen industry. | |
| Students will discuss employability habits and behavior in an industry context | In written and verbal forms, the student has limited ability to describe employability behaviors expected in their industry and usually accepts information without question or discourse. Student is unaware of how their habits and behaviors impact on the job performance. | In written or verbal forms, the student occasionally organizes their thoughts, and uses reasoning and some evidence when describing the habits and behaviors needed to be a competent employee in their field. They can follow a train of thought. | In written or verbal forms student can organize their thoughts and ideas in a clear manner, demonstrate the ability to relate theory to practice and can provide supporting information related to the habits and behaviors needed to be a competent employee in their chosen industry. | |
| Students will demonstrate employability habits and behavior in an industry context | Student is lacking in specific skills required for their industry, does not alter behavior based on feedback and tends to get stuck repeating behavior that is not productive or safe. | Routinely demonstrates usual practice required for a competent employee in their field but often does not question or alter behavior based on feedback. | Can apply best practice when engaged in the actual skills related to their industry, including, but not limited to, safety, task proficiency, collaboration, and productivity. Student can demonstrate specific industry behaviors related to the soft skills assessed at entry.* | |
| | | | | Total: |

| Key | |
|---|---|
| 27 | points = 3 |
| 18-26 | points = 2 |
| 9-17 | points = 1 |

**<u>Work ethic grades will not be included in the calculation of any GPA (Paragraph VI. E., TCSG Procedure 6.5.2p)</u>**



**SAVANNAH**
**TECHNICAL COLLEGE**

PARA 1125 Criminal Law and Procedure
Summer Semester 2026 - 202616
Online

---

## Course Information

Meeting Times: Online
Credit Hours: 3
Course Contact Hours: Online
Course Reference Number (CRN): 60167
Prerequisites: None
Corequisites: PARA 1100

---

## Instructor Information
Name: J. Maria Waters, Esq.
Office Location: N/A
Office Phone: N/A
E-mail Address: jwaters@savannahtech.edu
Office Hours for Students: Instructor Waters will conduct a voluntary conference with students every Wednesday at 6:00 pm-7:00 pm EST via Blackboard (click on 'Virtual Office Hours').
Response Time: I can be reached via (1) Blackboard or (2) Savannah Tech e-mail (jwaters@savannahtech.edu). I will make every effort to respond to your e-mails within 24-48 hours of receipt. **Instructor ONLY will respond to email messages sent via your Savannah Tech email accounts and/or BLACKBOARD.**

Instructor J. Maria Waters currently serves as a staff counsel for Progressive Group of Insurance Companies where she focuses on insurance defense. Instructor Waters previously has served as an Assistant United States Attorney, Assistant District Attorney, and Assistant Solicitor General. She also worked at a local law firm and her own law firm. She has served as a graduate, undergraduate, and/or paralegal adjunct instructor for several years. She is a graduate of Spelman College and the University of Georgia School of Law. Instructor Waters has served on various local and state bar committees and has served as a panelist regarding ethics and solo practice. She also serves as an adjunct law school professor.

---

## Department Head Information

Name: Mrs. Shaquan Gaither
Office: Business & Technology Division, Room 1190
Office Phone: 912-443-5715
Email Address: sgaither@savannahtech.edu
Office Hours for Students: (Virtual) Monday-Thursday from 9am-4pm or By Appointment Only
Response Time (phone/e-mail): I respond to emails within 48 hours

---

## Course Description

Introduces the student to the basic concepts of substantive criminal law and its procedural aspects with an emphasis on the constitutionally protected rights of the accused in the criminal justice system.  Topics include: substantive criminal law and procedure and criminal litigation support.

## Student Syllabus Certification

Students will be required to login to Savannah Technical College's Learning Management System, Blackboard https://savannahtech.blackboard.com, and complete a short test to certify that they have read and understood the syllabus for the course and agree to be bound by the terms and conditions.

## Course Competencies

Upon successful completion of this class, each student should be able to accomplish each of the following course outcomes:

Substantive Criminal Law
1. Explain the elements that comprise a crime.
2. Differentiate among the various types of crime.

Constitutional Issues of Criminal Law and Procedure
1. Discuss search and seizure of property.
2. Discuss seizures of persons and identification procedures.
3. Discuss the scope of the right to counsel.
4. Summarize the exclusionary rule.
5. Discuss interrogation and self-incrimination.

Criminal Litigation Support
1. Define terms relevant to criminal litigation.
2. Describe the relevance of federal, state, and local rules of procedure.
3. Utilize Georgia legal research resources, both print and online in the criminal law area.

## Required Materials

James W.H. McCord, et al., Criminal Law and Criminal Procedure for the Paralegal, (Delmar Cengage Learning, 2012), ISBN- 13:978-1-4354-4016-6

**Where to purchase access to the ebooks?  You have two options for purchasing these ebooks.**

1. You can purchase access to these ebooks from the bookstore. The bookstore sells Cengage Unlimited plan for about $130, which provides you access to 4 Cengage ebooks and study materials for four months.  You can use the plan for two other courses that use Cengage books.  Check with the bookstore first to see if the Cengage books you need for other classes are offered as an ebook with Cengage.

2. You can purchase access to these ebooks from the publisher's website (https://www.cengage.com/unlimited/). If you purchase from the publisher's website, you can choose the Unlimited etextbook plan for $69.99 or the Unlimited plan for $119.99. Both plans provide you access to 4 Cengage ebooks for four months. You can use it for two other courses that use Cengage books. You can check the Cengage library to see if ebooks are available for your other classes.

## Evaluation Process

| Assignment | % of Grade | Course Learning Outcomes | Program Learning Outcomes |
|---|---|---|---|
| Assignments | 30 | Substantive Criminal Law: SLO 1-2<br><br>Constitutional Issues of Criminal Law and Procedure: SLO 1-5<br><br>Criminal Litigation Support: SLO 1-3 | Understand the foundations of the judicial system and criminal law<br><br>Utilize appropriate legal terminology in written and oral communication<br><br>Apply legal concepts to factual situations<br><br>Conduct legal research<br><br>Compose a legal argument<br><br>Prepare documents relevant to intake/criminal litigation |
| Discussion Boards | 15 | Constitutional Issues of Criminal Law and Procedure: SLO 1, 2, 4 & 5 | Conduct legal research<br><br>Prepare internal documents<br><br>Compose a legal argument |
| Exams 1 & 2 | 30 | Criminal Litigation Support: SLO 3 | Utilize appropriate legal terminology in written and oral communication |
| Final Exam | 25 | Criminal Litigation Support: SLO 3 | Utilize appropriate legal terminology in written and oral communication |
| TOTAL | 100 | | |

Mid-term grades will be based on your course grade point average and will be posted to Banner. This course does not have a midterm exam.

Work ethic grades will not be included in the calculation of any GPA (Paragraph VI. E., TCSG Procedure 6.5.2p)

** Use of an AI Generator such as ChatGPT is explicitly prohibited unless otherwise noted by the instructor. The information derived from these tools is based on previously published materials. Therefore, using these tools without proper citation constitutes plagiarism. Additionally, be aware that the information derived from these tools can be inaccurate or incomplete. It's imperative that all work submitted should be your own. Any assignment that is found to have been plagiarized or to have used unauthorized AI tools may receive a zero and / or be reported for academic misconduct.

All assignments must be typed. Assignments are due in BLACKBOARD on the date provided by the instructor no later than 11:55 p.m. EST. Assignments turned in after such time will be considered late and will receive a zero (0). NO EXCEPTIONS, unless the instructor has granted you prior approval to submit your work in after the original deadline. Such decisions will be made at the sole discretion of the instructor on a case-by-case basis. The granting of extensions are not guaranteed, so do not expect to receive one. It is your responsibility to plan accordingly to meet the weekly deadlines.

Exams MUST be completed on the days set forth by the instructor. There will be no make-up exams! As such, there is no excuse to miss the exam.

If there is a technical problem with BLACKBOARD, or you have documented evidence from your doctor that YOU were sick, then a make-up exam may be permitted, but only after said evidence is provided to me.

Excuses that will not work:
1.        My internet was down.
a.        Response: You should have taken the exam at school, library, work, or friend's house.
2.        I was sick.
a.        Response: If no doctor's excuse, 0
3.        I have been too busy at work.
a.        Response: You could have taken it before or after work.
4.        I did not know we had an exam.
a.        Response: You should have logged onto Blackboard or read your syllabus.
5.        I was out of town.
a.        Response: You knew you had an exam because it was on your syllabus.


It is your job to make use of this methodology so that you may improve your reading, thinking and problem solving skills.

Progressive grading will be applied to your work. Each written assignment should show improvement over the previous one. Spelling and grammar are important and will be considered in grading. Typographical errors will be tolerated to a point. USE SPELL CHECK.

The grading and evaluation of written assignments will consider:
•        Whether the purpose or objective of the assignment has been stated and achieved
•        Evidence of creative thinking
•        Accuracy of information
•        The quality of your analysis of the problem and other issues
•        Evidence of any particular insights
•        How well you integrate information
•        Overall quality



Summer Semester 2026 – 202616

TO ENSURE A GOOD GRADE, A STUDENT MUST DO MORE THAN SIMPLY PROVIDE THE CORRECT ANSWER.  AN ANSWER WHICH ENTITLES A STUDENT TO A GRADE OF "A" WILL PROVIDE EXPLANATIONS.  TRY TO GIVE THE "WHY" IN ADDITION TO THE "WHAT."

Of the four mental skills you will use in life, the least important is knowledge.  Understanding of knowledge is third.  The application of knowledge is second and the most important is the application of understanding.

Work in a manner that demonstrates the highest expectations you have for yourself.

SCHEDULE:  The weekly assignments schedule (Course Schedule) is found below in this Syllabus and is also posted in the "Lessons" folder in Blackboard.

See Appendix One for complete class schedule including assignments and assignment due dates.

## Grading Scale

The Technical College System of Georgia (TCSG) grading scale is as follows:

| Grade | Quality | Grade Points |
|---|---|---|
| A (90%-100%) | Excellent | 4.0 |
| B (80%-89%) | Above Average | 3.0 |
| C (70%-79%) | Average | 2.0 |
| D (60%-69%) | Below Average | 1.0 |
| F (59% and below) | Failing | 0.0 |
| I | Incomplete | Not Computed |
| IP | In Progress | Not Computed |
| W | Withdrawn | Not Computed |
| Z | COVID-19 Withdrawal | Not Computed |
| EXE, EXP | Credit by Exemption | Not Computed |
| TRA, TRB, TRC, TRM | Credit by Transfer | Not Computed |
| AU | Audited | Not Computed |

## Graduation Credit

Students must earn a grade of C or better in this course in order to have it count as credit toward successful program completion and graduation.  Classes in which a student earns a grade of D or F will remain on the student's transcript and will be included in the student's GPA until such time as the student repeats the course and receives a passing grade of C or better.

## Student Identification

**All Savannah Technical College students are <u>required</u> to display their official Savannah Technical College ID while on any Savannah Technical College campus or site.  Students will not be admitted to classes if their Savannah Technical College ID is not easily visible to the instructor.**

# Savannah Technical College Attendance Procedure

**Attendance Procedure**

Students are expected to be punctual and attend all classes for which they are registered. Attendance requirements vary by academic program and students should consult with their instructor to determine the specific attendance requirements for the class. Class participation includes completing activities, such as, submitting assignments, taking an exam/quiz, participating in interactive tutorial or computer-assisted instruction. Students who are registered for online or hybrid classes are expected to participate in those classes by completing assignments (including syllabus exam), contributing to online discussions, and initiating contact with a faculty member. Logging into the online or hybrid class does not establish student enrollment and participation in the class. Student attendance will be monitored by the instructor for the first six (6) calendar days of each academic term.

**No Show Status**

Students who do not establish their presence in class will be reported as a "No Show" for that class and, if applicable, tuition will be adjusted and financial aid will be reduced accordingly.

**Student Withdrawal**

Official Withdrawal

It is the student's responsibility to officially withdraw from classes. Instructors will not initiate the withdrawal process without a student's documented request.

Students may withdraw from a single class or all classes up until July 20, 2026. Students will receive a final grade of W for course(s) from which they withdraw. While a grade of W does not negatively impact the GPA, they do negatively impact the requirement to successfully complete 67% of all coursework attempted. Students are **strongly** encouraged to consult with the Financial Aid Office prior to withdrawing from any classes. Students will not be permitted to withdraw after July 20, 2026.

Unofficial Withdrawal

Students who stop attending classes but do not complete the official withdrawal process will receive 0 points for each test, quiz, exam or assignment that is missed during the class. This will most likely result in a failing grade for those class(es).

**To accurately capture the last date of attendance, weekly graded assignments will be present in EVERY class.** The withdrawal date for a student is the last date of submission in the LMS (Blackboard) of a graded academic activity.

# Drop/Add and Reimbursement Policy

1. Students will be allowed to drop/add courses within the first six (6) instructional days of an academic term with no penalty.
2. Students will receive 100% refund of associated tuition and fees which have been paid if they withdraw from all registered courses within the first six instructional days of an academic term. After the sixth instructional day, there will be no refund given.

# Make-up Work Due to Absences

Course assignments and lab hours missed because of student absence must be made up within the timeframe designated by the instructor.

## Mission Statement

Savannah Technical College, a unit of the Technical College System of Georgia, is a public, two-year college that provides world class education, skills training and lifelong learning opportunities through the delivery of associate degrees, diplomas, technical certificates of credit and non-credit economic development programs and adult education. The College is committed to meeting the dynamic education, academic, and workforce development needs of individuals, employers and communities throughout the Coastal Empire with market-driven, environmentally-conscious education offered in the classroom, laboratory, community, and online.

## Work Ethic

The Technical College System of Georgia instructs and evaluates students on their work ethic in all programs of study. Ten work ethic traits, sometimes referred to as Soft Skills, have been identified and defined as essential for student success: appearance, attendance, attitude, character, communication, cooperation, organizational skills, productivity, respect, and teamwork. Savannah Technical College measures these ten traits through student learning outcomes embedded into each course. Studies show that 50 percent of local employers say new employees do not have the critical thinking and soft skills they need to be successful in the workplace. Savannah Technical College has therefore developed a system to promote, teach, and evaluate work ethics in each occupational program. All students will complete a critical thinking assignment in every course, designed to enhance and assess their soft skills. Final work ethics grades based on those assignments are reported each semester and are recorded as a separate grade on the student's permanent record. Work ethic grades will be placed to the immediate right of the academic letter grades.

Work Ethic Scale:
- 3 — Mastery
- 2 — Partial Mastery
- 1 — No Mastery
- 0 — Did not complete assignment

**Work ethic grades will not be included in the calculation of any GPA (Paragraph VI. E., TCSG Procedure 6.5.2p)**

**See Appendix Two for Work Ethic Evaluation Form**

## Acts of Dishonesty

Any student found to have committed one or more of the following acts of dishonesty is subject to the disciplinary sanctions outlined in the appropriate section of the Student Code of Conduct as defined in the Savannah Technical College Catalog:

- Cheating, plagiarism, collusion, or other forms of academic dishonesty.
- Furnishing false information to any College official, faculty member or office.
- Forgery, alteration, or misuse of any College document, record, or instrument of identification.
- Tampering with the election of any College recognized student organization.

Acts of academic dishonesty will include, but may not be limited to, the following: Cheating; Plagiarism; and Collusion.

**Cheating** on an examination is defined to include the following:
- Copying from another student's exam paper.
- Using material during an exam that is not authorized by the person giving the exam.
- Collaborating without instructor permission with any person during an examination.
- Knowingly obtaining, using, buying, selling, transporting, or soliciting in whole or in part the contents of an examination.
- Bribing any other person to obtain examinations or information about examinations.
- Substituting for another student or permitting any person to substitute for oneself during the administration of an examination.

**Plagiarism** is defined as the appropriation of any other person's work offered for credit.

**Collusion** is defined as unauthorized collaboration with any other person in preparing work submitted for credit.

**Consequences**
- Students who are found guilty of any act of dishonesty will receive a score of 0 on the exam or assignment that is involved in the act.
- Further acts of dishonesty will result in a failing grade for the course and may be referred as official complaints through the Student Code of Conduct, potentially leading to dismissal from the College.

## Disability Services

Students who need to receive accommodations for a disability should request services at the beginning of each semester or summer term. Services can be requested through the Disability Services Office at our White Bluff Rd. campus or by completing the Special Population Disclosure form at this link https://www.savannahtech.edu/new-student-special-population-disclosure-form/.

| Type of Issue | Contact |
|---|---|
| **Section 504/ADA (Disability)** | **Ailerua Crawford**<br>Savannah Technical College<br>Savannah Campus<br>5717 White Bluff Road<br>Savannah, GA 31405-5519<br>912-443-5717<br>specpops@savannahtech.edu |

## Non-Discrimination Statement

As set forth in its student catalog, Savannah Technical College complies with the Technical College System of Georgia (TCSG). The TCSG State Board prohibits discrimination on the basis of an individual's age, color, disability, genetic information, national origin, race, religion, sex, or veteran status ("protected status"). No individual shall be excluded from participation in, denied the benefits of, or otherwise subjected to unlawful discrimination, harassment, or retaliation under, any TCSG program or activity because of the individual's protected status; nor shall any individual be given preferential

treatment because of the individual's protected status, except the preferential treatment may be given on the basis of veteran status when appropriate under federal or state law.

The following person(s) has been designated to handle inquiries regarding the non-discrimination policies:

| Type of Issue | Contact |
|---|---|
| Title VI (Discrimination) Title IX (Equity) | Regina Thomas-Williams Savannah Technical College Savannah Campus 5717 White Bluff Road Savannah, GA 31405-5521 912.443.5708 rthomas@savannahtech.edu |

For more information, please see the Savannah Technical College Unlawful Harassment and Discrimination Procedure, https://www.savannahtech.edu/about-stc/grievance-procedures/unlawful-harassment-discrimination/

## Warranty Statement

If a Savannah Technical College graduate, educated under a standard program, or his/her employer finds that the graduate is deficient in one or more competencies as defined in the standard, STC will re-train the employee at no cost to the graduate or the employer. This guarantee is in effect for a period of two years after graduation. The employer or graduate should contact the Vice President for Academic Affairs at Savannah Technical College to obtain more information or to file a warranty claim.

## Class Conduct

All students are expected to exhibit appropriate college and workplace behavior. In particular, students are expected to treat the instructor and every other student in the class with respect and courtesy at all times. In addition, students should not exhibit any behavior that would detract from the collegiate learning experience. Failure to exhibit appropriate behavior will result in adverse ratings on the Work Ethics Assessment and may result in removal from the class until such time that appropriate conduct can be assured. Please see the Student Code of Conduct for more information regarding student conduct.

Savannah Technical College strictly prohibits any student from bringing his/her children to class or leaving children unattended anywhere on campus including personal student vehicles.

## Respiratory Illnesses and Public Health-Informed Campus Policies

Savannah Technical College prioritizes the health and safety of our campus communities. The College intends to perform its educational mission while protecting the health and safety of its students, faculty and staff, and minimizing the potential spread of respiratory viruses including, but not limited to, COVID-19, respiratory syncytial virus (RSV), and flu, in the community.

Risks of Respiratory Illnesses

Common respiratory viruses such as COVID-19, RSV, and flu, cause significant amounts of disease, hospitalizations, and deaths each year. Savannah Technical College cannot and does not guarantee an environment free from respiratory viruses.

<u>Warning</u>

Under Georgia law, there is no liability for an injury or death of an individual entering these premises if such injury or death results from the inherent risks of contracting COVID-19. You are assuming this risk by entering these premises.

<u>Guidance</u>

In order to minimize the risks associated with respiratory viruses, the policies and guidelines below are incorporated into the Savannah Technical College Student Code of Conduct and are applicable to all students.

<u>Symptoms and Reporting:</u>
Individuals exhibiting symptoms of respiratory illnesses with fever should stay home and report their symptoms to their instructor or supervisor as soon as possible.

<u>Return to Campus:</u>
You can go back to normal activities when, for at least 24 hours:
- You have not had a fever (and are not using fever-reducing medications), and
- Your symptoms are getting better overall.

<u>Precautions After Return:</u>
Upon returning, individuals should take additional precautions for the next five days, including frequent hand washing, wearing a mask, and social distancing.

You are subject to all respiratory illness guidelines for individuals established by the United States Centers for Disease Control and Prevention (CDC) and the Georgia Department of Public Health (DPH).

CDC Guidance for Respiratory Illnesses: <u>https://www.cdc.gov/respiratory-viruses/prevention/precautions-when-sick.html</u>

Certain programs may require have additional requirements.

<u>Requirements:</u>

Students will comply with federal, state, and campus directives to reduce the spread of respiratory illnesses.

The above conditions may change, and students agree to follow all college directives relating to respiratory illnesses and public health requirements. Any failure to adhere to any of the above directives is a violation of the Code of Conduct that may result in sanctions, including but not limited to suspension or dismissal from the College.

# Weapons on Campus

The possession, carrying, or transportation of a firearm, weapon, or explosive compound/material on STC property is governed by Georgia state law. All individuals are expected to comply with the related laws. Failure

to follow laws pertaining to weapons is considered a violation of the Student Code of Conduct. Relevant Georgia laws to be aware of and compliant with include but may not be limited to: O.C.G.A.§ 16-8-12(a)(6)(A)(iii), O.C.G.A.§ 16-7-80, O.C.G.A.§ 16-7-81, O.C.G.A.§ 16-7-85, O.C.G.A.§ 16-11-121, O.C.G.A.§ 16-11-125.1, O.C.G.A.§ 16-11-126, O.C.G.A.§ 16-11-127, O.C.G.A.§ 16-11-127.1, O.C.G.A.§ 16-11-129, O.C.G.A.§ 16-11-130, O.C.G.A.§ 16-11-133, O.C.G.A.§ 16-11-135m O.C.G.A.§ 16-11-137, O.C.G.A.§ 43-38-10.

## Additional Information

All students are advised to read and become familiar with the following topics found on the Savannah Technical College Website, www.savannahtech.edu.

- Academic Misconduct
- Campus Procedures
- Disciplinary Procedures for Academic Misconduct
- Disciplinary Procedures Nonacademic Misconduct
- Savannah Technical College Library Information
- Grievances

## Appendix One

### Course Schedule

| Unit | Assignment | Due Date |
|---|---|---|
| Learning Unit 1 | Discussion Forum, Quiz | May 24, 2026 |
| Learning Unit 2 | Discussion Forum, Quiz | May 24, 2026 |
| Learning Unit 3 | Discussion Forum, Quiz | May 31, 2026 |
| Learning Unit 4 | Discussion Forum, Quiz | May 31, 2026 |
| Learning Unit 5 | Discussion Forum, Exam | June 7, 2026 |
| Learning Unit 6 | Discussion Forum, Quiz | June 7, 2026 |
| Learning Unit 7 | Assignment | June 14, 2026 |
| Learning Unit 8 | Discussion Forum, Assignment | June 14, 2026 |
| Learning Unit 9 | Discussion Forum, Exam 2 | June 21, 2026 |
| Learning Unit 10 | Discussion Forum, Quiz | June 28, 2026 |
| Learning Unit 11 | Discussion Forum, Quiz | June 28 , 2026 |
| Learning Unit 12 | Assignment | July 12, 2026 |
| Learning Unit 13 | Discussion Forum, Quiz | July 12, 2026 |
| Learning Unit 14 | Discussion Forum, Quiz | July 19, 2026 |
| | | |
| **FINAL EXAM: July 20-24** | | |

**Appendix Two**

<u>Work Ethics Assignment Evaluation Form</u>

Instructor: Julayuan Waters                    Course:  PARA 1125-Criminal Law and Procedure

Term: 202616                    CRN: 60167

This Work Ethics assignment includes the following soft skills:

☐Attitude                    ☒Interpersonal/ Social Skills

☒Communication                    ☒Professionalism

☒Critical Thinking                    ☐Planning and Organization

☐Teamwork                    ☐Media Rules

| Activity Description: |
| --- |
|  |

| Technical Education Rubric | No Mastery (3) | Partial Mastery (6) | Mastery (9) | Score |
|---|---|---|---|---|
| Students will describe employability habits and behavior in an industry context | In written or verbal forms, the student is not able to articulate more than 49% of the habits and behaviors needed to be a competent employee in their chosen industry. | In written or verbal forms, the student will be able to articulate with 50-89% accuracy the habits and behaviors needed to be a competent employee in their chosen industry. | In written or verbal forms, the student will be able to articulate with 90% accuracy the habits and behaviors needed to be a competent employee in their chosen industry. | |
| Students will discuss employability habits and behavior in an industry context | In written and verbal forms, the student has limited ability to describe employability behaviors expected in their industry and usually accepts information without question or discourse. Student is unaware of how their habits and behaviors impact on the job performance. | In written or verbal forms, the student occasionally organizes their thoughts, and uses reasoning and some evidence when describing the habits and behaviors needed to be a competent employee in their field. They can follow a train of thought. | In written or verbal forms student can organize their thoughts and ideas in a clear manner, demonstrate the ability to relate theory to practice and can provide supporting information related to the habits and behaviors needed to be a competent employee in their chosen industry. | |
| Students will demonstrate employability habits and behavior in an industry context | Student is lacking in specific skills required for their industry, does not alter behavior based on feedback and tends to get stuck repeating behavior that is not productive or safe. | Routinely demonstrates usual practice required for a competent employee in their field but often does not question or alter behavior based on feedback. | Can apply best practice when engaged in the actual skills related to their industry, including, but not limited to, safety, task proficiency, collaboration, and productivity. Student can demonstrate specific industry behaviors related to the soft skills assessed at entry.* | |
| | | | | Total: |

| Key | |
|---|---|
| 27 | points = 3 |
| 18-26 | points = 2 |
| 9-17 | points = 1 |

**Work ethic grades will not be included in the calculation of any GPA (Paragraph VI. E., TCSG Procedure 6.5.2p)**