UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAV.        DIV.

2026 JUL 23 P 2: 16

___ DIST. OF GA.

MARVIS IVEY, R.N.,
MARCUS IVEY,

    PLAINTIFFS,

Vs.

BOARD OF REGENTS OF THE
UNIVERSITY SYSTEM OF
GEORGIA, et al.,

    DEFENDANTS.

CIVIL ACTION NUMBER:
4:26-CV-00166-RSB-CLR

**INJUNCTION RELIEF**

**EMERGENCY TRO**
ONGOING POLICE OFFENSES
**UNCONSTITUTIONAL STATUTE**
**O.C.G.A. § 20-3-31.1**
**ENJOIN TO PROVIDE EMERGENCY**
**MEDICAL ATTENTION**
**EIGHTH AMENDMENT VIOLATION**
**STATUTORY REQUIRED §42-5-2**

**JURY TRIAL DEMAND**

**DAMAGES $12 MILLION**

**ENJOIN FOR REPLACEMENT**
**CONSTITUTIONAL EDUCATION**
**PROVISION**

## MOTION FOR RECUSAL OF JUDGE CHRISTOPHER L. RAY, MAGISTRATE

Plaintiff Marvis Ivey, R.N. hereby motions the court for the recusal of Judge Christopher

L. Ray on the following grounds:

(a) Plaintiff Marvis Ivey, R.N. makes this motion based on United States Code (U.S.C.)

28 § 455 (a) "Any justice, judge, or magistrate [magistrate judge] of the United States

shall disqualify himself in any proceeding in which his impartiality might reasonably

be questioned." I t is reasonable to question the impartiality of Judge Christopher Ray

because he has delayed emergency relief to which plaintiffs are entitled as evidenced

in unknown and exparte "responses" due to the Judge 7/10/2026;

(b) Plaintiff Marvis Ivey, R.N. makes this motion based on 28 U.S.C. § 455(b) (1) "Where he has a personal bias or prejudice concerning a party or personal knowledge of disputed evidentiary facts concerning the proceeding..." Where both Plaintiffs are suffering race related attacks and police death threats and paid police agents offenses including the extremely severe attack of Plaintiff Marcus Ivey on July fourth, 2026 during the conversation with Plaintiff Marvis Ivey, R.N. Additionally, where cases for relief from life threatening conditions which cause irreparable injury and damages in violations of law and constitutional rights deprivations were assigned to different judges, all cases have been assigned to Judge Christopher Ray over Plaintiff Marvis Ivey's objections.

(c) To supplement the foregoing grounds, City of Savannah police ("police") in their *government human sex trafficking* police sex offenses against Plaintiff Marvis Ivey, R.N. have taken advantage of the Union Mission's Parker House Shelter which must have the cooperation or approval of law enforcement for license to operate. Police have set up employment of mentally ill paid police agents and other homeless residents to assist in criminal sex abuse, molestation, heavy sedation, alterations to the appearance of Plaintiff Marvis Ivey other acts and attacks and for concealment of the police crimes;

(d) A resident was heard closing a hallway closet door during "after" hours when residents are restricted to their rooms;

(e) Plaintiff Marvis Ivey's room-mate resident is seriously deranged, no diagnosis, but she is noted to tell about the incidents when she makes statements such as, "Those men are young for that old lady." (Paraphrased)

[2]

(f) White men also yelled at the room-mate through her cell phone, loudly and she remained asleep or ignored them.

(g) The police activities are known to occur after hours and operate with paid employees, agents as if the operations are legitimate or authorized by a judge, and Defendant Mayor Van R. Johnson. The nightly attacks involve the use of locked areas and cell phones;

(h) The judge "Is acting as a lawyer in the proceeding;" 28 U.S.C. § 455(b)(5)(ii);

(i) And, "It is known by the judge to have an interest that could be substantially affected by the outcome of the proceeding;" The judge is a white man who received Plaintiff Marvis Ivey's cases involving constitutional violations, employment discrimination and felony theft of benefits all acts and offenses in which police who traffick plaintiff's bodies a crimes and mentally deranged or not is known or should be known to be crimes, Biased judges then, would be expected and boasted about by aberrant police to gain access and support for their crimes and the help concealing the same. The judge has blocked Plaintiff's attempts to obtain emergency relief for her son and for herself. Judge Christopher Ray is a part of the deep-seated racist culture and he knows his acts like those of police done in fury with intent to murder plaintiff and her son both plaintiffs as in this evidence of ku klux klan activity to which Judge Ray may be related: "As grisly as that sounds, it was just the beginning of their plan. The bombing was simply a cover to distract law enforcement while the Klan robbed an armored car of some $2 million on the other side of town. In fact, to add to the chaos and help clear the way for the robbery and getaway, the plot called for detonating a second bomb when law enforcement and first responders arrived at the scene of the

[3]

explosion." Retrieved from Federal Bureau of Investigation Records, Website, July 23, 2026: https://www.fbi.gov/history/cases-and-criminals/kkk-series.

WHEREFORE, Plaintiff Marvis Ivey, R.N. respectfully files this motion for recusal, removal of Judge Christopher Ray from her cases which are growing in number due to exparte and other acts of white men acting in concert and support of local law enforcement government human sex traffickers.

This 23 day of July 2026.

Marvis Ivey, R.N.
125 Fahm Street
Savannah, Georgia 31401
(470) 544-7808